1   DANIEL J. BRODERICK, #89424
    Federal Defender
2   JEFFREY L. STANIELS, Bar #91413
    Assistant Federal Defender
3   Designated Counsel for Service
    801 I Street, 3rd Floor
4   Sacramento, California 95814
    Telephone: (916) 498-5700
5

6
    Attorney for Defendant
7   JUAN CARLOS RUIZ-IXTA

8

9
                      IN THE UNITED STATES DISTRICT COURT
10
                    FOR THE EASTERN DISTRICT OF CALIFORNIA
11

12

13
    UNITED STATES OF AMERICA,         )  No. 2:06-cr-333 FCD
14                                     )
                      Plaintiff,       )
15                                     )  STIPULATION AND ORDER CONTINUING
         v.                            )  CASE AND EXCLUDING TIME.
16                                     )
    JUAN CARLOS RUIZ-IXTA,             )
17                                     )  Date:  October 2, 2006
                      Defendant.       )  Time:  9:30 a.m.
18                                     )  Judge: Hon. Frank C. Damrell Jr.
    _____   )
19

20        **IT IS HEREBY STIPULATED** by and between Assistant United States

21   Attorney Michael M. Beckwith, Counsel for Plaintiff and Assistant

22   Federal Defender Jeffrey L. Staniels, Counsel for Defendant that the

23   status conference scheduled for this date was dropped from the court's

24   calendar at the request of the defense in order to permit further

25   consultation about a proposed plea agreement.  The parties agreed that

26   the case be recalendared on this court's next criminal calendar on

27   October 10, 2006, at 9:30 a.m.

28        **IT IS FURTHER STIPULATED** that time for trial under Speedy Trial

1  Act be excluded from October 2, 2006, through October 10, 2006,

2  pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv), Local Code T-4.

3       IT IS SO STIPULATED.

4

5  Dated: October 2, 2006          /S/ Michael M. Beckwith
                                   MICHAEL M. BECKWITH
6                                  Assistant United States Attorney
                                   Counsel for Plaintiff
7

8  Dated: October 2, 2006          /S/ Jeffrey L. Staniels
                                   JEFFREY L. STANIELS
9                                  Assistant Federal Defender
                                   Attorney for Defendant
10                                 JUAN CARLOS RUIZ-IXTA

11

12                          **O R D E R**

13

     **IT IS SO ORDERED.**
14

15  Dated: October 3, 2006         /s/ Frank C. Damrell Jr.
                                   Hon. Frank C. Damrell Jr.
16                                 United States District Judge

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation & Order              -2-