```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  JEFFREY L. STANIELS, Bar #91413
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6
    Attorney for Defendant
 7  JUAN CARLOS RUIZ-IXTA

 8

 9
                    IN THE UNITED STATES DISTRICT COURT
10
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
11

12

13
    UNITED STATES OF AMERICA,      )  No. 2:06-cr-333 FCD
14                                 )
              Plaintiff,           )
15                                 )  STIPULATION AND ORDER CONTINUING
         v.                        )  CASE AND EXCLUDING TIME.
16                                 )
    JUAN CARLOS RUIZ-IXTA,         )
17                                 )  Date:  October 10, 2006
              Defendant.           )  Time:  9:30 a.m.
18                                 )  Judge: Hon. Frank C. Damrell Jr.
    _____)
19
```

20      **IT IS HEREBY STIPULATED** by and between Assistant United States

21 Attorney Michael M. Beckwith, Counsel for Plaintiff and Assistant

22 Federal Defender Jeffrey L. Staniels, Counsel for Defendant that the

23 status conference scheduled for this date was dropped from the court's

24 calendar at the request of the defense in order to permit further

25 consultation about a proposed plea agreement.  The parties agreed that

26 the case be recalendared on this court's next criminal calendar on

27 November 6, 2006, at 9:30 a.m.

28      **IT IS FURTHER STIPULATED** that time for trial under Speedy Trial

1  Act be excluded from October 10, 2006, through November 6, 2006,
2  pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv), Local Code T-4.
3      IT IS SO STIPULATED.

5  Dated: October 10, 2006        /S/ Michael M. Beckwith
                                  MICHAEL M. BECKWITH
6                                 Assistant United States Attorney
                                  Counsel for Plaintiff

8  Dated: October 10, 2006        /S/ Jeffrey L. Staniels
                                  JEFFREY L. STANIELS
9                                 Assistant Federal Defender
                                  Attorney for Defendant
10                                JUAN CARLOS RUIZ-IXTA

## O R D E R

The above stipulation is approved.  The court also vacates the October 17, 2006 jury trial date which remained on the court's calendar per the parties request at the September 25, 2006 hearing.

**IT IS SO ORDERED.**

Dated: October 11, 2006          /s/ Frank C. Damrell Jr.
                                 Hon. Frank C. Damrell JR.
                                 United States District Judge

Stipulation & Order              -2-