```
DANIEL J. BRODERICK, #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
JUAN CARLOS RUIZ-IXTA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:06-cr-333 FCD |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER ADVANCING |
| v. ) | CASE FOR ENTRY OF PLEA |
| ) | |
| JUAN CARLOS RUIZ-IXTA, ) | Date:  November 6, 2006 |
| Defendant. ) | Time:  9:30 a.m. |
| ) | Judge: Hon. Frank C. Damrell Jr. |
| _____ ) | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Michael M. Beckwith, Counsel for Plaintiff and Assistant Federal Defender Jeffrey L. Staniels, Counsel for Defendant that the status conference scheduled for November 6, 2006 at 9:30 A.M., be advanced on the court's calendar to October 23, 2006 at 9:30 a.m. for entry of plea. At the time the parties agreed that the case be recalendared on this court's next criminal calendar on November 6, 2006, at 9:30 a.m., defense counsel was not aware that October 23, 2006 was an available date on the court's calendar.

1     The court is advise that time for trial under Speedy Trial Act has
2 been through November 6, 2006, pursuant to 18 U.S.C. § 3161(h)(8)(A) &
3 (B)(iv), Local Code T-4, pursuant to an earlier stipulation and order.
4     IT IS SO STIPULATED.

6 Dated: October 16, 2006     /S/ Michael M. Beckwith
    MICHAEL M. BECKWITH
7     Assistant United States Attorney
    Counsel for Plaintiff

9 Dated: October 16, 2006     /S/ Jeffrey L. Staniels
    JEFFREY L. STANIELS
10     Assistant Federal Defender
    Attorney for Defendant
11     JUAN CARLOS RUIZ-IXTA

13                          **O R D E R**

15     **IT IS SO ORDERED.**

16 Dated: October <u>16</u>, 2006     /s/ Frank C. Damrell Jr.
    Hon. Frank C. Damrell JR.
17     United States District Judge

Stipulation & Order     -2-